[No. 11842-8-III.   Division Three.   January 26, 1993.]

WILLIAM COBB, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, ET AL,
*Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 90-1-00636-8, Albert J. Yencopal, J., entered

September 3, 1991. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Munson, J.